**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Braylon Lamar Morris, Appellant.

Appellate Case No. 2022-000898

Appeal From Pickens County
Alex Kinlaw, Jr., Circuit Court Judge

Unpublished Opinion No. 2024-UP-392
Submitted November 21, 2024 – Filed November 27, 2024

**APPEAL DISMISSED**

Appellate Defender Jessica M. Saxon, of Columbia, and Braylon Lamar Morris, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, GEATHERS, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.